Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON L. JAVITCH, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRUN, INC., et. al. <br><br> Defendant. | Case Number: 3:19-cv-02995-RS <br><br> **<u>DECLARATION OF MARK L. JAVITCH IN SUPPORT OF MOTION FOR LEAVE TO AMEND</u>** |

1. I am an attorney duly licensed to practice in the State of California and before the District Court for the Northern District of California. This declaration is based on personal knowledge of the matters set forth herein.

2. I am an attorney of record for Plaintiff ALLISON L. JAVITCH in the instant matter.

3. I have met and conferred with opposing counsel regarding amending the Complaint to include Plaintiffs CLRA and CIPA claims.

4. On May 30, 2019, I sent a CLRA notice and warning letter to Defendants via certified mail, return receipt requested.

5. Attached as Exhibit "A" is the letter I sent to Defendants notifying them of their CLRA violation.

DECLARATION OF MARK L. JAVITCH            CASE NO.: 3:19-cv-02995-RS

Page 1

6. Attached as Exhibit "B" is the proof of mailing certified mail, return receipt, sent to Defendants' headquarters in San Francisco.

7. On August 13, 2019, in discussions with Defendants, I learned of a recording taken of Plaintiff in which Plaintiff was not asked for her consent or permission to be recorded.

**I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration is executed on this 23rd day of September, 2019, in San Mateo, California.**

Dated: September 23, 2019         By:  /s/ Mark L. Javitch          .

Mark L. Javitch (SBN 323729)
480 S. Ellsworth Ave.
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705
*Attorney for Plaintiff*

DECLARATION OF MARK L. JAVITCH          CASE NO.: 3:19-cv-02995-RS

Page 2

# Exhibit A

**Mark L. Javitch, Attorney at Law**
**210 S Ellsworth Ave #486**
**San Mateo, CA 94401**

May 30, 2019

**Via Certified Mail, Return Receipt Requested**

SUNRUN INSTALLATION SERVICES, INC.
SUNRUN, INC.
595 Market Street, 29th Floor
San Francisco, CA 94105

RE: NOTICE OF CLRA VIOLATION

Dear Sir or Madame:

    Pursuant to California Civil Code Section 1782(a)(1), the purpose of this letter is to notify you of your violations of the Consumer Legal Remedies Act (the "CLRA" or Civ. Code §1770, et seq.) which have occurred and are occurring through your practice of calling cell phones and playing a prerecorded message without first requesting permission with a natural voice.

    ***THIS LETTER HAS LEGAL SIGNIFICANCE***.  IF YOU DO NOT RESPOND WITH AN APPROPRIATE REMEDY WITHIN 30 DAYS, ADDITOINAL PENALTIES MAY BE LEVIED AGAINST YOU.[1]

    Pursuant to §1782(b), you have 30 days from the date of this letter to rectify the violations, as discussed below, or legal action will be pursued under the CLRA.

Cal. Civ. Code §1770(a) prohibits the following unfair methods of competition and deceptive practices, in relevant part:

    (22)(A)    Disseminating an unsolicited prerecorded message by telephone without an unrecorded, natural voice first informing the person answering the telephone of the name of the caller or the organization being represented, and either the

---

[1] *Gonzales v. CarMax Auto Superstores, LLC* (9th Cir. 2017) 845 F.3d 916, 918 (citing California Civil Code §1782(b)).

address or the telephone number of the caller, and without obtaining the consent of that person to listen to the prerecorded message.

Your violations of Cal. Civ. Code §1770(a) occurred when you called my client Allison Pascal's cell phone on May 24, 2019 from 650-898-0306 using a prerecorded voice without her permission.

Pursuant to Section 1782(a)(2), please rectify your violations by taking the following remedial measures:

1. Immediately cease all calls to my client's cell phone number at 650-740-8902.

2. Send me a copy of your current telemarketing legal compliance manual.

3. Explain all the steps you will take in the next 30 days to cease your illegal telemarketing efforts to consumers.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Mark L. Javitch
Attorney for Plaintiff Allison Javitch

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sun Run Inc. / Sharu Lastallah
   595 Market St 29th Fl
   San Francisco CA 94105

   ║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║
   9590 9402 4550 8278 7051 28

2. Article Number (Transfer from service label)

   7018 1830 0000 0107 9164

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Tammy

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt