Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON L. JAVITCH,<br><br>              Plaintiff,<br><br>v.<br><br>SUNRUN, INC., et. al.<br><br>              Defendants. | Case No.: 3:19-cv-02995-RS<br><br>**STIPULATION TO EXTEND TIME**<br>AS MODIFIED BY THE COURT |

WHEREAS, this case settled on September 25, 2019, and the court has scheduled an Order to Show Cause Hearing for November 21, 2019 and a Show Cause Response due by November 14, 2019. The Parties report that they can resolve the case without a hearing and are finalizing the terms of the settlement. In order to facilitate settlement, the Parties request additional time to file dismissal paperwork and hereby stipulate, subject to an order from the Court, to extend the deadline to file dispositive paperwork until December 1, 2019 and postpone the Order to Show Cause Hearing and Show Cause Response to after December 1, 2019.

1

3:19-cv-02995-RS

Dated: November 13, 2019

        Respectfully submitted,

        **JAVITCH LAW OFFICE**

        By: /s/ Mark L. Javitch
        Mark L. Javitch (CA SBN 323729)
        Javitch Law Office
        480 S. Ellsworth Ave.
        San Mateo, CA 94401
        Telephone: 650-781-8000
        Facsimile: 650-648-0705
        mark@javitchlawoffice.com
        *Attorney for Plaintiff*


        **KELLEY DRYE & WARREN LLP**

        By: /s/ Lauri A. Mazzuchetti
        Lauri A. Mazzuchetti (*Pro Hac Vice*)
        Glenn Graham (*Pro Hac Vice*)
        One Jefferson Road
        Parsippany, New Jersey 07054
        Tel: (973) 503-5900
        Fax: (973) 503-5950

        Tahir L. Boykins
        10100 Santa Monica Blvd., 23rd Floor
        Los Angeles, California 90067
        Tel: (310) 712-6100
        Fax: (310) 712-6199

        *Attorneys for Defendants Sunrun Inc. and Sunrun*
        *Installation Services, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED  The parties are required to file a stipulation of dismissal by December 2, 2019.  If a stipulation is not filed by that date, the parties are ordered to appear for an Order to Show Cause Hearing on December 12, 2019 at 1:30 pm.

Dated: November __14__, 2019

        _____
        Richard Seeborg
        United States District Judge